UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **JOHN DOE,** | CIVIL NO. 09-CV-3602(RJK/JSM) |
| **Plaintiff,** | |
| v. | |
| | STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE MOVE |
| **CORRECTIONS CORPORATION OF AMERICA, DORIENNE DOLORES HOMAN, AND COMPASS GROUP USA, INC.** | |
| **Defendants.** | |

_____

The parties, through their undersigned attorneys, agree that Defendant Compass Group USA, Inc. may have until February 1, 2010 to answer or otherwise move in response to Plaintiff's Complaint.

Date: January 22, 2010         s/Lori Peterson
                               Lori Peterson
                               Sheila Dokken
                               LORI PETERSON & ASSOCIATES
                               700 Lumber Exchange Building
                               10 South Fifth Street
                               Minneapolis, Minnesota 55402
                               COUNSEL FOR PLAINTIFF

Date:  January 22, 2010        s/J. Ashwin Madia
                               J.Ashwin Madia
                               Madia Law, LLC
                               333 Washington Avenue North, Ste. 345
                               Minneapolis, MN  55401
                               COUNSEL FOR PLAINTIFF

Date: January 22, 2010        s/Thomas J. Conley
                              Thomas J. Conley
                              Law Office of Thomas J. Conley
                              80 South Eighth Street, Suite 900
                              Minneapolis, Minnesota  55402
                              COUNSEL FOR DEFENDANT
                              COMPASS GROUP USA, INC.

Date:  January 22, 2010       s/Kathleen D. McMahon
                              Kathleen D. McMahon
                              Best & Flanagan, LLP
                              225 South Sixth Street, Suite 4000
                              Minneapolis, MN  55402
                              COUNSEL FOR DEFENDANT
                              CORRECTION CORPORATION OF AMERICA

Date:  January 22, 2010       s/Randall K. Strand
                              Randall K. Strand
                              Rosedale Towers, Suite 200
                              1700 West Highway 36
                              Roseville, MN  55113
                              COUNSEL FOR DEFENDANT
                              DORIENNE DOLORES HOMAN