# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| John Doe,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Corrections Corporation of America, d/b/a<br>Prairie Correctional Facility, et al.,<br><br>　　　　　Defendants. | Civil No. 09-3602 (RHK/JSM)<br><br>**ORDER FOR DISMISSAL** |

　　Based upon the parties' Stipulation of Dismissal of Defendant Corrections Corporation of America's Cross-Claim Against Compass Group USA (Doc. No. 61), **IT IS ORDERED** that Corrections Corporation of America's cross-claims against Compass Group USA in this action are **DISMISSED WITH PREJUDICE** on the merits and without costs to any party.

November 14, 2011

　　　　　　　　　　　　　　　　　　　　　　　s/Richard H. Kyle
　　　　　　　　　　　　　　　　　　　　　　　RICHARD H. KYLE
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge