# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| John Doe, | Civil No. 09-3602 (RHK/JSM) |
| Plaintiff, | **ORDER FOR DISMISSAL** |
| vs. | |
| Corrections Corporation of America, d/b/a Prairie Correctional Facility, et al., | |
| Defendants. | |

Based upon the parties' Stipulation of Dismissal of Defendant Corrections Corporation of America's Cross-Claim Against Compass Group USA (Doc. No. 61), **IT IS ORDERED** that Corrections Corporation of America's cross-claims against Compass Group USA in this action are **DISMISSED WITH PREJUDICE** on the merits and without costs to any party.

November 14, 2011

                                                               s/Richard H. Kyle
                                                               RICHARD H. KYLE
                                                               United States District Judge